**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | | |
|---|---|---|---|
| M.G., | | : | No. 160 WAL 2018 |
| | | : | |
| | Respondent | : | |
| | | : | Petition for Allowance of Appeal from |
| | | : | the Order of the Superior Court |
| | v. | : | |
| | | : | |
| | | : | |
| S.J., | | : | |
| | | : | |
| | Petitioner | : | |

**ORDER**

**PER CURIAM**

     **AND NOW**, this 25th day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.